125 A.3d 407

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gabriel GONZALEZ, Petitioner.**

**No. 110 EM 2015.**

Supreme Court of Pennsylvania.

Nov. 3, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2015, the Motion Seeking Leave to Exceed Word Count Limit is **DENIED,** and Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.

125 A.3d 407

**Abraham ITUAH, Individually, and d/b/a Osaze & Sons Enterprise**

v.

**TD BANK, N.A., Successor to Commerce Bank/Pennsylvania, N.A., 2005 Market Street, Philadelphia, PA 19103.**

**No. 111 EM 2015.**

Supreme Court of Pennsylvania.

Nov. 3, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**